QUIN DENVIR, Bar #49374
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO LOPEZ TRUJILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-102 FCD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| MARIO LOPEZ TRUJILLO, | ) |
| | ) Date: June 27, 2005 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

    MARIO LOPEZ-TRUJILLO, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jason Hitt, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of May 31, 2005 and continue the matter for status conference on June 27, 2005 at 9:30 a.m..

    This continuance is needed to allow defense counsel additional

time to receive documents from the California Dep't of Justice regarding Defendant's record, and to investigate the details of his prior conviction.

IT IS FURTHER STIPULATED that the period from May 31, 2005 up to and including June 27, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: May 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MARIO TRUJILLO LOPEZ

Dated: May 26, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: May 26, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order/Lopez Trujilo/05-102 FCD 3