QUIN DENVIR, Bar #49374
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO LOPEZ TRUJILLO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) No. CR-S-05-102 FCD |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| MARIO LOPEZ TRUJILLO, | ) |
| | ) Date: July 25, 2005 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Frank C. Damrell |
| _____ | ) |

    MARIO LOPEZ-TRUJILLO, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Michael Beckwith, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of July 12, 2005 and continue the matter for status conference on July 25, 2005 at 9:30 a.m..

    This continuance is needed to allow defense counsel additional

time to receive documents from the California Dep't of Justice regarding Defendant's record, and to investigate the details of his prior conviction.

IT IS FURTHER STIPULATED that the period from July 12, 2005 up to and including July 25, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: July 8, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MARIO TRUJILLO LOPEZ

Dated: July 8, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 8, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28