```
QUIN DENVIR, Bar #49374
Federal Defender

CARO MARKS, Bar #159267
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO LOPEZ TRUJILLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-102 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v.  ) | STATUS CONFERENCE |
| ) | |
| MARIO LOPEZ TRUJILLO, ) | |
| ) | Date:  September 12, 2005 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Frank C. Damrell |
| _____ ) | |

    MARIO LOPEZ-TRUJILLO, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Michael Beckwith, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled status conference hearing date of August 8, 2005 and continue the matter for status conference on September 12, 2005 at 9:30 a.m.. The parties anticipate this hearing will be for change of plea.

    This continuance is needed to allow defense counsel additional

time to receive documents from the California Dep't of Justice and to review them with the Defendant. The Defendant believes that some of these documents might have a bearing on his guidelines sentence.

IT IS FURTHER STIPULATED that the period from August 8, 2005 up to and including September 12, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: August 5, 2005

                Respectfully submitted,

                QUIN DENVIR
                Federal Defender


                /s/ Caro Marks
                _____
                CARO MARKS
                Assistant Federal Defender
                Attorney for Defendant
                MARIO TRUJILLO LOPEZ

Dated: August 5, 2005

                MCGREGOR SCOTT
                United States Attorney


                /s/ Michael Beckwith
                _____
                MICHAEL BECKWITH
                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: August 5, 2005

                /s/Frank C. Damrell Jr.
                FRANK C. DAMRELL, JR.
                U.S. District Court Judge